IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL E. JACQUES,**<br><br>Plaintiff,<br><br>v.<br><br>**G. COLLINSWORTH, et al.**<br><br>Defendants. | Case No. 2:21-cv-00145 DMC<br><br>**ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR AN EXTENSION OF TIME TO FILE ANY MOTION TO OPT OUT OF THE POST-SCREENING ADR PROJECT**<br><br>Judge:         Hon. Dennis M. Cota<br>Trial Date:   Not Set<br>Action Filed: January 25, 2021 |

Defendants G. Collinsworth, R. Sharp, A. Arther, A. Uribe and C. Desimone moved for a thirty-day extension of time, up to and including February 2, 2022, to file any motion to opt out of the Post-Screening ADR Project. The Court has read and considered the motion and counsel's accompanying declaration, and finds good cause exists to grant the application.

///

///

///

///

1

[Proposed] Order Defs.' Application Extend Time Opt Out Post-Screening ADR (Case No. 2:21-cv-00145 DMC)

Accordingly, IT IS HEREBY ORDERED that Defendants' application for a thirty-day extension of time to file any motion to opt out of the Post-Screening ADR Project is GRANTED. Defendants are required to file any motion to opt out of the Post-Screening ADR Project by February 2, 2022.

Dated:  January 5, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order Defs.' Application Extend Time Opt Out Post-Screening ADR (Case No. 2:21-cv-00145 DMC)