IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL E. JACQUES,**<br><br>                              Plaintiff,<br><br>v.<br><br>**G. COLLINSWORTH, et al.**<br><br>                              Defendants. | Case No. 2:21-cv-00145 DMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STAY CASE PENDING POSSIBLE INFORMAL RESOLUTION AND TO MODIFY SCHEDULING ORDER [ECF No. 24]**<br><br>Judge:            Hon. Dennis M. Cota<br>Trial Date:     Not Set<br>Action Filed:  January 25, 2021 |

Defendants G. Collinsworth, R. Sharp, A. Arther, A. Uribe and C. Desimone filed an unopposed motion to stay the case and modify this Court's February 7, 2022 scheduling order (ECF No. 24). After reviewing the notice and request, filed concurrently with the declaration of counsel in support, the Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1.   Defendants' unopposed motion for a seventy-five-day-stay of this matter pending informal resolution attempts by the parties is GRANTED;

1

[Proposed] Order on Defs.' Mot. to Stay Case and Modify Scheduling Order (Case No. 2:21-cv-00145 DMC)

2. Discovery closed on August 8, 2022, and remains closed;

3. The current motion to compel deadline of October 7, 2022, is reset to December 21, 2022; and

3. The current dispositive motion filing deadline of November 7, 2022, is reset to January 23, 2023.

Dated:  October 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE