**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL E. JACQUES, | No.  2:21-CV-0145-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| G. COLLINSWORTH, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are Plaintiff's motion to compel further discovery responses, ECF No. 28, and Plaintiff's motion to stay proceedings pending settlement discussions, ECF No. 30.  Defendants are directed to file responses to these pending motions within 21 days of the date of this order.

IT IS SO ORDERED.

Dated:  December 15, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1