# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. JACQUES, | No. 2:21-CV-0145-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| G. COLLINSWORTH, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The parties have filed a stipulation of voluntary dismissal, ECF No. 32. Because the stipulation has been signed by all parties who have appeared, leave of Court is not required and the action is dismissed on the parties' notice. See Fed. R. Civ. P. 41(a)(1)(A)(ii). All pending motions, ECF Nos. 28 and 30, are denied as moot and the Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: January 6, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1